IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal No. 3:24cr41-1 (DJN)

MUHAMMAD PAHLAWAN,
Defendant.

## ORDER
**(Appointing Counsel for Defendant; Ordering Supplemental Briefing on Potential Conflicts of Interest)**

This matter comes before the Court on the United States of America's (the "Government") Motion for Inquiry Into Possible Conflicts of Interest ("Motion" (ECF No. 62)), moving the Court to conduct an inquiry into potential conflicts of interest arising from the Office of the Federal Public Defender's (the "FPD") current representation of Muhammad Pahlawan ("Defendant") and its previous representation of two potential Government witnesses. The Court conducted a hearing on this issue on July 15, 2024.

For the reasons stated during the hearing, the Court FINDS that no actual conflict exists at this time, but there may be a potential conflict that arises in the future. Accordingly, the Court hereby APPOINTS Attorney Emily Munn as counsel to join the FPD as a full partner in all aspects and to specifically handle any issues pertaining to Witness 1 and 2. *See United States v. Williams*, 81 F.3d 1321, 1325 (4th Cir. 1996) (observing that a conflict of interest arising from a lawyer's former representation of a witness may be cured by employing auxiliary counsel for cross-examination).

In addition, the Court hereby ORDERS the FPD to file a supplemental brief no later than July 19, 2024, regarding AFPD Koenig's ability to remain in this case. The supplemental brief shall address the following:

1. The Court's authority to order that a member of the FPD be removed from a case.

2. Whether APFD Koenig has any knowledge regarding Witnesses 1 and 2 as to matters outside the discovery record.

3. The impact on the FPD's potential conflict should the Government file a Superseding Indictment, converting the material witness into a defendant in this case.

4. Practical measures that the FPD could implement to protect attorney-client privilege should AFPD Koenig remain in the case.

The Government shall file a response to Defendant's supplemental brief no later than July 24, 2025. Defendant may file a reply no later than July 26, 2024.

Lastly, the Government has indicated that a potential Superseding Indictment may be filed in this case. Any Superseding Indictment must be filed no later than August 16, 2024 to ensure that the depositions of the material witnesses can move forward as scheduled.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: July 15, 2024