IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                                                  Criminal No. 3:24cr41 (DJN)

MUHAMMAD PAHLAWAN, *et al.*,
    Defendants.

**ORDER**
**(Setting Deadline for Second Superseding Indictment)**

This matter comes before the Court on its own initiative and Defendant Muhammad Pahlawan's ("Defendant") Motion to Dismiss Counts Five and Six (ECF No. 90 ("Motion")). In its response to Defendant's Motion, the Government indicated that it would seek further action by the grand jury to correct the alleged deficiency in Counts Five and Six. (ECF No. 160 at 1.) If the Government elects to do so, it must file a Second Superseding Indictment no later than December 6, 2024.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                                                     /s/
                                                                            David J. Novak
                                                                            United States District Judge

Alexandria, Virginia
Date: November 20, 2024