IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

    v.

MUHAMMAD MAZHAR,
    Defendant.

Criminal No. 3:24cr41-2 (DJN)

## **JUDGMENT OF ACQUITTAL**

This matter comes before the Court following the prosecution's case-in-chief presented from May 27, 2025 to June 2, 2025.[1]   Upon a Rule 29 motion, the Court made a finding of NOT GUILTY as a matter of law as charged in Count 10 of the Second Superseding Indictment.   The Court therefore ORDERS that Defendant Mohammad Mazhar is acquitted, discharged and any bond exonerated.

The Court DIRECTS the United States Marshal to make any necessary arrangements for Mr. Mazhar's transfer to the custody of United States Immigration and Customs Enforcement.

Let the Clerk file a copy of this Judgment of Acquittal electronically and notify all counsel of record.

It is so ORDERED.

                                 _____/s/_____

                                 David J. Novak
                                 United States District Judge

Richmond, Virginia
Date:   June 2, 2025

---

[1]     The Court addressed defense counsel's oral Rule 29 motion before the close of the Government's entire case, because the Government represented that the last witness did not affect Counts 9 and 10.   Based upon the Government's representation, the Court had all available evidence as to these two counts to address the oral Rule 29 motions.