## SENTENCING MINUTES

DATE: 10-16-2025    CASE NUMBER: 3:24CR41-01
JUDGE: Novak    CT REPORTER: Custis, OCR
INTERPRETER: Samina Datta

UNITED STATES OF AMERICA    Gavin Tisdale
                            Joseph Kaster, AUSA

v.                          COUNSEL

Muhammad Pahlawan    Geremy Kamens
                     Amy Austin, ESQ.
                     Laura Koenig; Jessica Carmichael

SENTENCING ON COUNT(S): 1, 3, 5-7    ( ) Criminal Information
                                      ( ) Indictment (✓) Superseding Ind. second

PRELIMINARY MATTERS: See page 4

OBJECTIONS TO PSR: See page 4

STATEMENTS MADE BY:  GOV'T (✓)  DEFENSE COUNSEL (✓)  DEFT (✓)

ON MOTION OF GOV'T.  ( ) INDICTMENT    ( ) REMAINING CTS DISMISSED

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**

ON: _____  BY: _____
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today    (✓)

DEFT REMANDED TO CUSTODY    (✓)

CASE SET:    BEGAN:    ENDED:    TIME IN COURT:
             10:30     10:30     12:14              1:44

**SENTENCE TEXT**

**COUNT** 1    IMPRISONMENT 180 MOS. CONCURRENT ( ✓ ) CONSECUTIVE ( )
TO CT. 3
CREDIT FOR TIME SERVED ON THIS CHARGE ( )

SUPERVISED RELEASE 3 YEARS

PROBATION _____ YEARS

FINE $_____ ( ✓ ) Fine not imposed

SPECIAL ASSESSMENT $ 100- due immediately

**COUNT** 3    IMPRISONMENT 240 MOS. CONCURRENT ( ) CONSECUTIVE ( )

SUPERVISED RELEASE 3 YEARS    CONCURRENT ( ✓ )

PROBATION _____ YEARS    CONCURRENT ( )

FINE $_____ ( ✓ ) Fine not imposed

SPECIAL ASSESSMENT $ 100- due immediately

**COUNT** 5,6,7    IMPRISONMENT 240 MOS. EACH CONCURRENT ( ✓ ) CONSECUTIVE ( ✓ )
to each other    TO CT. 3
SUPERVISED RELEASE 3 YEARS    CONCURRENT ( ✓ )
EACH
PROBATION _____ YEARS    CONCURRENT ( )

FINE $_____ ( ✓ ) Fine not imposed

SPECIAL ASSESSMENT $ 100- due immediately
EACH COUNT

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE** ( )

**RESTITUTION ORDERED:** None

**RECOMMENDATION(S) TO BOP:**
( ) Designate dft. to a facility near family  ( ) Designate dft. to _____ FCI
( ) SHOCK Incarceration Program     ( ) BRAVE Program
( ) Educational / Vocational training    ( ) BOP 500-hr intensive drug treatment program
( ) UNICOR program  ( ) with _____ portion of earnings directed to child support
( ) OTHER:_____

PAGE THREE (3)

**SPECIAL CONDITIONS of Probation / Supervised Release:**

_____(1) Incur no new credit without approval of probation officer
_____(2) Provide probation officer with access to financial information
_____(3) Perform community service _____ HOURS during period of supervision
_____(4) Participate in drug/alcohol treatment; _____ Pay cost of treatment
_____(5) Participate in mental health treatment; _____ Pay cost of treatment
         _____ Participate in anger management
_____(6) Participate in home confinement program for _____ with monitoring
         _____ Permitted to work, attend church, or other approved activities
         _____ Maintain telephone without special features; no cordless phone
         _____ Pay costs of electronic monitoring
_____(7) Placement in a Community Confinement Center for _____ (term)
✓ (8) Defendant to be surrendered to BICE for deportation proceedings
         ✓ If deported, defendant to remain outside the United States
✓ (10) Mandatory drug testing waived
         ✓ Probation officer may still administer drug test if deemed appropriate
_____(11) Pay child support in amount ordered by social services or Court
_____(13) Serve intermittent confinement on weekends for a period of _____ DAYS
_____(14) No possession of pager, cellular telephone, or other handheld communication device
✓ (15) Defendant shall pay any balance owed on the S/A imposed by the Court
         ✓ Pay in installments of not less than $ 25.00 per month,
         to begin ~~30~~/60 days after start of supervision until paid in full
_____(16) Waive all rights of confidentiality regarding mental health treatment
         (or other treatment) to allow release of information to Probation, etc.
_____(17) Commencing _____, and continuing for _____, defendant may
         operate a motor vehicle only for purposes of work and court, including travel to
         the Probation Office and alcohol treatment program
_____(18) Defendant to apply monies received from tax refunds, lottery winnings, and any
         anticipated or unexpected financial gains to the Court-ordered financial
         obligation

_____(---) **Other special conditions:**

_____

_____

_____

_____

**PAGE FOUR (4)**

**SENTENCING MINUTES, CON'T.**
United States of America v. Muhammad Pahlawan
Criminal No. 3:24CR00041-01-DJN
October 16, 2025

PRELIMINARY MATTERS

Victim Rights Act – notice given by the Government.

Motion by Defendant to Merge Duplicative Counts 3 and 4 (ECF 556); granted.
Defendant to be sentenced under Count 3 with no sentence on Count 4.

OBJECTIONS TO PSR

Defendant's objections to the PSR (ECF 554):
All factual objections overruled.
▪ Specific offense characteristic enhancement at U.S.S.G. § 2M5.3(b)(1)(E).
  Argument heard; objection overruled.
▪ Special skill enhancement under U.S.S.G. § 3B1.3.
  Argument heard; objection overruled.
▪ Terrorism enhancement at U.S.S.G. § 3A1.4(a) and (b).
  Argument heard; objection sustained.
▪ Failure to apply a two-level mitigating role reduction under U.S.S.G. § 3B1.2.
  Argument heard; objection overruled.
▪ Departure relating to U.S.S.G. § 5K2.1 and 5K2.14; sustained.

OTHER MATTERS

Defendant's request for a downward departure; denied as moot.

Defense Exhibit B submitted to the Court and admitted as part of the record (Memorandum from Lee Hush dated October 15, 2025; attached).

The Court found that a significant upward variance is appropriate due to the nature and circumstances of the offense and the history and characteristics of the defendant.