# MEMORANDUM

Federal Public Defender's Office
Eastern District of Virginia
Richmond Division

## Attorney Work Product

**DATE:** October 15, 2025
**TO:** File
**FROM:** Lee Hush
**RE:** Call with Mr. Pahlawan's Wife

On Monday, October 6, 2025, I participated in a telephone call with the wife of Muhammad Pahlawan (from here on referred to in this memo to as Mr. Pahlawan's wife).

Mr. Pahlawan's wife told the story of how she and Mr. Pahlawan got married several years ago. She referred to their union as a "Love Marriage" meaning that they chose to get married verses they were wed in an "Arranged Marriage." Mr. Pahlawan's wife stated that her parents were vehemently against this relationship because they had not arranged it and that they beat her to dissuade her from continuing in it. When she defied them and stayed in the relationship, her family told her that if she went on with the marriage then the "doors of their home would be closed to her forever."

This same sentiment also came from the family of Mr. Pahlawan.

Despite this, she and Mr. Pahlawan did get married and on the day of their union her brother appeared and shot her, hitting her in the leg. Mr. Pahlawan rushed her to the hospital where she received basic treatment and then Mr. Pahlawan brought her home to care for her. She still has the bullet in her leg which affects her to this day.

The Pahlawans started life together and in time they had a child.

Mr. Pahlawan worked hard to support his family, but work was hard to come by in their region. In time, Mr. Pahlawan was forced to seek employment away from his wife and their child. This was exceptionally hard on Mr. Pahlawan because he loves his family and spent every moment that he could with them. Mr. Pahlawan's wife stressed that Mr. Pahlawan gave up his relationship to his parents and some of his siblings in order to marry her and be a father to their child. She emphasized that she and their child, especially the child, are the focus of his life.

Mr. Pahlawan's wife said that although Mr. Pahlawan sent money home, they were in no way wealthy or well to do. Mr. Pahlawan was able to keep a roof over their heads and he was able to keep food on their table.

Since the time of Mr. Pahalwan's arrest, Mr. Pahlwan's wife's life and that of their child have been extremely difficult and harsh. Without money coming in, Mr. Pahlawan's wife had to abandon their home, and she has had to sell every possession they had with the exception of a bed.

DEFENDANT'S EXHIBIT B

The doors to both of their parents' homes have remained closed and pleas for help have fallen on deaf ears.

Once she lost the home, Mr. Pahlawan's wife had to rely on the kindness of friends. She and the child move back and forth from one place to another, but it is difficult for her friends to take in and help support a woman with a child.

Mr. Pahlawan's wife does what she can to provide for herself and her child, but life is extremely difficult for them. She has been able to do some domestic work for households that provide them shelter, but these type of jobs are not stable and have all been short in their duration.

Mr. Pahlawan's wife has had to contemplate putting their child into an orphanage, but she has pushed back each time because she strongly feels that she and the child should never be separated.

Mr. Pahlawan's wife reiterated that her entire focus in life at this time is making sure their child is fed and yet there have been many times when she has not had enough money to buy the child milk.

Since the jury verdict, Mr. Pahlawan's singular focus in their telephone conversations is the well-being of his family. He does not talk about himself or his fate. He cries with worry over what will become of his wife and their child.